DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOUGLAS BARCLAY,**
Appellant,

v.

**DIANE SMITH** and **DONALD SCHLICHTMANN,**
Appellees.

No. 4D22-2088

[March 30, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE16-005080.

Bernardo Protano of Bernardo Protano, Esq., P.A., Hollywood, for appellant.

Robert Garven, Margate, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***